**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FILED

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 3 0 2007

MATTHEW J. DYKMAN
CLERK

MAGDALENO BACA,

      Applicant,

v.                                                                     CV 07-0265 RB/WPL

RICK LOONEY, WARDEN,
AND THE ATTORNEY GENERAL
OF NEW MEXICO,

      Respondents.


### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 20, 2007. (Doc. 9.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted by the Court and the petition for writ of habeas corpus is dismissed with prejudice.

ROBERT BRACK
UNITED STATES DISTRICT JUDGE